# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

February 17, 2012

**By the Court:**

| | |
|---|---|
| ROGER W. ALSWAGER,<br>  Plaintiff-Appellant,<br><br>No. 11-3632         v.<br><br>ROCKY MOUNTAIN INSTRUMENTAL<br>LABORATORIES, INC., et al.,<br>  Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Eastern District of<br>] Wisconsin.<br>]<br>] No. 2:09-cv-00052-JPS<br>]<br>] J. P. Stadtmueller,<br>]     Judge. |

O R D E R

A review of the "Jurisdictional Statement" in appellees' brief filed on January 27, 2012, reveals that appellees have not complied with the requirements of Circuit Rule 28(b). That rule requires an appellee to state whether or not the jurisdictional summary in an appellant's brief is "complete and correct". If it is not, the appellee must provide a "complete jurisdictional summary".

Appellees' statement claims that appellant's jurisdictional statement is correct but incomplete, yet appellees fail to provide one that is both complete and correct.

Circuit Rule 28(a)(1) provides in part that: "If jurisdiction depends on diversity of citizenship, the statement shall identify...the citizenship of each party to the litigation."

Notwithstanding this requirement, appellees' brief fails to identify the states of "citizenship" of the individual parties. It is insufficient to state that they reside in various states. See *Meyerson v. Harrah's East Chicago Casino*, 299 F.3d 616, 617 (7th Cir. 2002) ("residency" and "citizenship" are not synonyms). Accordingly,

- over -

Case: 11-3632     Document: 12     Filed: 02/17/2012     Pages: 2

    IT IS ORDERED that appellees' brief is STRICKEN. Appellees must file a new brief on or before February 24, 2012, which contains a jurisdictional statement that complies with all the requirements of Circuit Rule 28(a). Counsel for appellees are reminded that they may not change any other portion of the brief.